Pilar C. French, OSB No. 962880
frenchp@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone: 503.778.2100
Facsimile: 503.778.2200

Michael K. Brown, *admitted pro hac vice*
mkbrown@reedsmith.com
Marilyn A. Moberg, *admitted pro hac vice*
mmoberg@reedsmith.com
Mildred Segura, *admitted pro hac vice*
msegura@reedsmith.com
**REED SMITH LLP**
355 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: 213.457.8000

Daniel C. Kirby, *admitted pro hac vice*
dkirby@reedsmith.com
**REED SMITH LLP**
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606
Telephone: 312.207.6541

Attorneys for Defendant C.R. Bard, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| KATRINA HINNEWINKEL,<br><br>                    Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION;<br>C.R. BARD, INC.,<br><br>                    Defendants. | Case No. 1:20-cv-01415-CL<br><br>**AMENDED STIPULATED<br>JUDGMENT OF DISMISSAL OF<br>C. R. BARD, INC., WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant

C. R. Bard, Inc. (collectively with Plaintiff, the "Parties"), that the Parties have performed their

PAGE 1 – AMENDED STIPULATED JUDGMENT OF DISMISSAL OF
C. R. BARD, INC., WITH PREJUDICE

LANE POWELL PC
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

719227.0002/8688247.1

respective terms and conditions under the settlement agreement and, that pursuant to their settlement agreement, Plaintiff's claims against C. R. Bard, Inc., shall be dismissed with prejudice, and with each party bearing its own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS THEREFORE ORDERED AND ADJUDGED that C. R. Bard, Inc., is dismissed with prejudice and without costs or fees to any party.

DATED this 28th day of September, 2021

/s/Mark D. Clarke
_____
MARK D. CLARKE, Magistrate Judge

IT IS SO STIPULATED:

DATED:_ September 27, 2021

LANE POWELL PC

By: *s/ Pilar C. French*
Pilar C. French, OSB No. 962880
Telephone: 503.778.2100

REED SMITH LLP

Michael K. Brown (*admitted pro hac vice*)
Marilyn A. Moberg (*admitted pro hac vice*)
Mildred Segura (*admitted pro hac vice*)
Telephone: 213.457.8000

Daniel C. Kirby (*admitted pro hac vice*)
Telephone: 312.207.6541

*Attorneys for Defendant C.R. Bard, Inc.*

DATED:_ September 27, 2021_

BOSSIER & ASSOCIATES, PLLC

By: *s/Sheila M. Bossier*
Sheila M. Bossier (*admitted pro hac vice*)
Telephone: 601.352.5450

JOHNSON JOHNSON LUCAS & MIDDLETON, P.C.

Leslie W. O'Leary, OSB No. 990908
Telephone: 541.484.2434

*Attorneys for Plaintiff Katrina Hinnewinkel*

PAGE 2 – AMENDED STIPULATED JUDGMENT OF DISMISSAL OF C. R. BARD, INC., WITH PREJUDICE

LANE POWELL PC
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100 FAX: 503.778.2200

719227.0002/8688247.1